United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NELSON DAVID MALDONADO MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-568 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.,* | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Nelson David Maldonado Mendez is a national of El Salvador currently detained by United States immigration authorities at the Port Isabel Service Processing Center in Cameron County, Texas. (*See* Pet., Doc. 1)  Petitioner has protection from removal to El Salvador. (*See id.* at 1)

In a Verified Petition, Petitioner alleges that Respondents intend to remove him imminently to Mexico and that he has expressed a fear of removal to that country. (Mot. for TRO, Doc. 2)  Petitioner alleges that his removal violates his constitutional rights and requests injunctive relief.

The Court has issued two Temporary Restraining Orders to maintain the status quo pending the resolution of the issues that the parties present. (Orders, Docs. 4 and 7)  On June 2, 2026, the Court held a hearing to consider Petitioner's request for injunctive relief.  The parties presented their arguments at the hearing, after which the Court provided the parties the opportunity to submit supplemental briefing. (*See* Supplement, Doc. 8; Reply, Doc. 9)

The Court has reviewed the Petition for Writ of Habeas Corpus (Doc. 1), Respondents' Motion for Summary Judgment (Doc. 6) and related briefing, and the parties' supplement filings.

Based on the record and the applicable law, the Court concludes that Petitioner is entitled to the relief afforded to a similarly-situated alien in *Aranda-Gomez v. Bondi*, No. 1:25-cv-258 (S.D. Tex., Feb. 20, 2026). Petitioner argues that he is entitled to a full evidentiary hearing in connection with a reasonable fear interview, but the Court concludes that the relevant statutes do not require such relief.

As a result, based on the record and the applicable law, it is:

**ORDERED** that Petitioner Nelson David Maldonado Mendez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART AND DENIED IN PART**, to the extent indicated in the Permanent Injunction that the Court will separately issue; and

**ORDERED** Respondents' Motion for Summary Judgment (Doc. 6) is **GRANTED IN PART AND DENIED IN PART**, to the extent indicated in the Permanent Injunction that the Court will separately issue.

Signed on June 11, 2026.

Fernando Rodriguez, Jr.
United States District Judge