UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NELSON DAVID MALDONADO MENDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-568 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## PERMANENT INJUNCTION

On June 11, 2026, the Court issued an Order (Doc. 10) granting in part Petitioner Nelson David Maldonado Mendez's Petition for Writ of Habeas Corpus (Doc. 1). For the reasons indicated in the Order (Doc. 10), it is:

**ORDERED** that Respondents may not remove Petitioner to a third country less than seven days after providing him with the notice of the country to which he will be removed; and

**ORDERED** that Respondents shall comply with the notice and interview provisions of the March 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order.

Based on the record, the Court finds that Respondents have complied with this Permanent Injunction as to Petitioner's removal to Mexico, (*see* Third Country Screening Notice, Doc. 6–3), but issues the Permanent Injunction to govern Petitioner's removal should Respondents seek to remove him to a country other than Mexico.

Signed on June 11, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge